**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Thomas Rangel

FILED
CLERK, U.S. DISTRICT COURT
March 10, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

THOMAS RANGEL,

   Plaintiff,

v

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

   Defendant.

No. SACV14-1952 SJO (DTB)

ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses in the amount of THREE THOUSAND EIGHT HUNDRED DOLLARS and NO CENTS ($3,800.00), and costs under 28 U.S.C. § 1920 in the amount of NONE ($0), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated:    3/9/16

*S. James Otero*

THE HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

1